UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NORBERTO VALLES, | § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 4:19-CV-01725 |
| BAYOU PLACE, L.P., ET AL., | § § | |
| Defendants. | § § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S
# MEMORANDUM AND RECOMMENDATION

On December 19, 2019, U.S. Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 49) recommending that Plaintiffs' Motions to Remand (Dkts. 16, 19) be **GRANTED**.

On January 2, 2020, Defendants filed their Objections. *See* Dkt. 53. On January 16, 2020, Plaintiff Norberto Valles filed his response to Defendants' Objections. *See* Dkt. 54. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 49) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff Norberto Valles's Motion to Remand (Dkt. 16) and Intervenors Undrea Bailey's, Individually and as Next Friend of J.B. (Minor), and Lillian Bailey's Motion to Remand (Dkt. 19) are **GRANTED**;

(3) This action, originally numbered 2017-72382 by the Harris County County District Clerk, is **REMANDED** back to the 129th District Court of Harris County, Texas, effective immediately; and

(4) A certified copy of this order will be mailed by the Clerk of this court to the Clerk of the 129th District Court of Harris County, Texas entitling that Court to proceed with the action according to the laws of the State of Texas.

It is so **ORDERED**.

SIGNED this day 21st day of January, 2020.

_____
George C. Hanks Jr.
United States District Judge