# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **NORBERTO VALLES, and** | § | **REMOVED FROM THE 129TH** |
| **UNDREA BAILEY, INDIVIDUALLY** | § | **JUDICIAL DISTRICT COURT,** |
| **AND AS NEXT FRIEND OF J.B. (MINOR)** | § | **HARRIS COUNTY, TEXAS** |
| **AND LILLIAN BAILEY** | § | **CAUSE NO. 2017-72382** |
| | § | |
| *Plaintiff/Intervenor Plaintiffs*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **THE CORDISH COMPANY;** | § | |
| **CENTERPOINT ENERGY HOUSTON** | § | **4:19-CV-1725** |
| **ELECTRIC, LLC;** | § | |
| **PIPER DEVELOPMENT, LLC;** | § | |
| **LIGHTNING COMMERCIAL, LLC;** | § | |
| **BAYOU PLACE LIMITED PARTNERSHIP** | § | |
| **HOUSTON FIRST CORPORATION;** | § | |
| **GILBANE RECONSTRUCTION** | § | |
| **SERVICES, LLC; GILBANE** | § | |
| **DEVELOPMENT COMPANY; GILBANE** | § | |
| **BUILDING COMPANY; DND** | § | |
| **CONSTRUCTION SERVICES, LLC;** | § | |
| **FACILITY SOLUTIONS** | § | |
| **GROUP, INC.; DRAKE ELECTRIC** | § | |
| **SERVICES, LLC; and** | § | |
| **DRAYCATAN ENTERPRISES, INC.** | § | |
| | § | |
| *Defendants.* | § | |

## THE CORDISH COMPANY'S NOTICE OF APPEAL

Notice is hereby given that Defendant The Cordish Company hereby appeals to the Unites States Court of Appeals for the Fifth Circuit from the Order of Remand entered in this action on January 23, 2020. Pursuant to 28 U.S.C. § 1447(d), the Order is immediately

appealable because the case was removed pursuant to 28 U.S.C. § 1442.  Pursuant to Federal Rule of Civil Procedure 4(a)(4)(B)(i), this appeal is timely, but becomes effective when the Court rules on the pending Motion to Reopen and Stay.

        **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

        */s/ B. George Walker*
        **MICHAEL BECKELMAN**
        State Bar No. 24042401
        Michael.Beckelman@wilsonelser.com
        **B. GEORGE WALKER**
        State Bar No. 24094144
        George.Walker@wilsonelser.com
        909 Fannin Street, Suite 3300
        Houston, Texas 77010
        (713) 353-2000  Telephone
        (713) 785-7780  Facsimile

        **COUNSEL FOR DEFENDANT THE CORDISH COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record on this the 19th day of February, 2020, through the Court's automatic distribution system, in conformity with the Federal Rules of Civil Procedure.

        */s/ B. George Walker*