

# United States Court of Appeals
# for the Fifth Circuit
Certified as a true copy and issued
as the mandate on **Mar 17, 2021**

Attest:  *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 20-20090

United States Court of Appeals
Fifth Circuit
**FILED**
February 23, 2021
Lyle W. Cayce
Clerk

NORBERTO VALLES,

        *Plaintiff—Appellee*,

UNDREA BAILEY; LILLIAN BAILEY; J.B., (MINOR),

        *Intervenor Plaintiffs—Appellees*,

*versus*

THE CORDISH COMPANY,

        *Defendant—Appellant*.

United States Courts
Southern District of Texas
FILED
*March 17, 2021*
Nathan Ochsner, Clerk of Court

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1725

---

ORDER:

IT IS ORDERED that the Appellant's unopposed motion to dismiss the appeal is GRANTED.

        LYLE W. CAYCE, CLERK
        United States Court of Appeals
        for the Fifth Circuit
        <u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 17, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 20-20090    Valles v. Cordish Co.
                             USDC No. 4:19-CV-1725

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Christina A. Gardner, Deputy Clerk
                                        504-310-7684

cc:   Mr. John Benjamin Bireley
       Mr. Kevin Troy Dossett
       Mr. Jason Aron Itkin
       Mr. Jonathan William Lehrmann
       Mr. Owen Joseph McGovern
       Ms. Marjorie Carmichael Nicol
       Mr. Russell S. Post
       Mrs. Rachel Hope Stinson
       Mr. Brant Jeffrey Stogner